1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| RON FEKRAT,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>  Defendants. | CASE NO. 2:13-CV-00594-MMM-PJW<br><br>[PROPOSED] MODIFIED ORDER DISMISSING CIVIL ACTION<br><br>Judge: Hon. Margaret M. Morrow<br><br>Ctrm: Western Division - 780 |

  THE COURT having been advised by counsel that the above−entitled action has been settled and that Plaintiff and the United States of America have finalized the agreement related to that settlement, and that Plaintiff and Defendant Management And Training Corporation are endeavoring to finalize the terms of that agreement and reduce it to writing;

  **IT IS THEREFORE ORDERED** that this Court's Order of December 6, 2013 (Dkt. 66) stating that this action is "hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to re−open the action

if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action" is modified to provide that the action be dismissed without costs and without prejudice to the right, upon good cause shown within an additional 30 days – or until February 4, 2014 -- to re−open the action if settlement is not consummated.

**IT IS SO ORDERED.**

**Date:  December 30, 2013**

Margaret M. Morrow
United States District Judge